IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD CASTILLO, | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | CA _____ |
| | § | |
| | § | |
| HARRIS COUNTY, | § | JURY TRIAL DEMANDED |
| CONSTABLE PCT. 6, | § | |
| *Defendant* | | |

**PLAINTIFF'S COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Richard Castillo ("Plaintiff' or "Castillo") complaining of Harris County, Constable Pct. 6 ("CP6"), and for cause would show the following:

**PARTIES**

1. Plaintiff is a fully certified Texas Peace Officer and resides in Harris County, Texas.

2. CP6 is a political department of Harris County administered by policymaker and elected official Silvia Trevino ("ST"), and is a police agency in Harris County, Texas.

## JURISDICTION

1. Plaintiff timely filed his Charge of Discrimination, 460-2020 - 04004, and received his EEOC Right to Sue on March 31, 2021; Plaintiff files this his federal Title VII and Title 42, USC §1981 Complaint within 90 days of the date of his receipt of his Right to Sue Letter.

## FACTS

2. Plaintiff is a Hispanic male, and was an officer at CP6 who opposed discriminatory employment practices and arbitrary violation of entity policies by Defendant, and until he was terminated and thereafter given a General Discharge based on false and arbitrary facts, was a certified Peace Officer in good standing in the State of Texas.

3. Plaintiff adopts his EEOC Charge of Discrimination and incorporates herein.

4. Plaintiff opposed racially discriminatory employment practices by Defendant treating African American applicants and employees less favorably that Hispanic's or Whites.

5. Plaintiff also noted that Defendant violated or failed to comply without explanation entity rules, as exemplified by the following:

   a. FAILURE TO PROVIDE 24 HOUR NOTICE OF INVESTIGATION DURING THE FIRST PHASE OF INVESTIGATION;

b.    AFTER COMPLETING ONE SMALL INVESTIGATION INTERNAL AFFAIRS
      IMMEDIEATLY ADVISED CAPTAIN CASTILLO THERE IS ANOTHER
      PENDING INVESTIGATION ON HIM.

c.    DEFENDANT ("THEY") FAILED TO ADIVSE PLAINTIFF HE WAS UNDER
      INVESTIGATION

e.    DURING THE WRITTEN STATEMENT CASTILLO WAS COERCED TO
      GIVE STATEMENT WITHOUT SEEKING LEGAL COUNSEL;

f.    THEY DID NOT PROVIDE CAPTAIN CASTILLO APMPLE TIME TO SEEK
      LEGAL ADVICE;

g     THEY WERE UNTRUTHFUL ABOUT COMPLAINTS FROM DEPUTIES

h.    THEY FAILED TO OVERALL PROVIDE CASTILLO WITH ANY
      INFORMATION THAT WOULD NOTIFY HIM TO HE WAS BREAKING
      POLICY;

i.    THEY NEVER ADVISED CASTILLO THE RIGHT TO CONFRONT THE
      ACCUSER NOR DID THEY EVER ATTEMPT TO SETTLE THIS MATTER
      VIA MEDIATION;

j.    BEFORE CASTILLO WAS TERMINATED PCT.6 FAILED TO ADVISE ON
      WHAT GROUNDS WAS CASTILLO TERMINATED

k.    IT WAS NOT TILL 7 DAYS LATER BY LAW TCOLE MANDIDATED PCT 6
      TO GIVE A REASON FOR TERMINATION.

## CAUSES OF ACTION

**6.**    Defendant retaliated against Castillo because he opposed discriminatory

employment practices in violation of Title VII.

7.    Defendant denied Castillo substantive and procedural due process rights and

deprived him of a career in public law enforcement .

3

8.      But for Defendant's violation  of Title VII, and or the Fourteeneth

Amendment, Castillo would not have been terminated.

9.      Defendants  illegal conduct has proximately caused  Castillo to suffer

damages.

## PRAYER

Plaintiff prays that upon trial hereof before a jury of her peers, whereupon ,

she be awarded judgment for damages, economic and non-economic, and

reasonable and necessary attorney's fees and costs of court.

Respectfully submitted,
*/s/ Larry Watts*
Watts & Company Lawyers, LTD
Larry Watts SBN 20981000
FED Id 7092
*Counsel for Plaintiff, Richard Castillo*
